

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-18-00385-CR

Trial Court Cause
Number:      81416-CR

Style:      Joseph Farek

     **v** The State of Texas

Date motion filed[*]:      07/09/19

Type of motion:      Motion To Exceed Requirements of Rule 9.4(3) and 9.4(2)D

Party filing motion:     

Document to be filed:     

Is appeal accelerated? ☐ YES     ☐ NO

Ordered that motion is:

     ☒ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

        Panel will consider the Motion for Rehearing as filed

Judge's signature: /s**/** Sherry Radack
     ☒ Acting individually      ☐ Acting for the Court

Panel consists of    <u>Chief Justice Radack</u>

Date: <u>September 19, 2019</u>